AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

**RECEIVED APR 10 2018**

United States of America
v.

JENNIFER OCTAVIA NICOLE SMITH
a/k/a "Getty"

*Defendant*

Case No. 2:17-965

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JENNIFER OCTAVIA NICOLE SMITH, a/k/a "Getty",

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2 - Aid and Abet.
Title 21, United States Code, Section 841(a)(1)/Title 21, United States Code, Section 841(b)(1)(C) - Possession with the Intent to Distribute Schedule II Controlled Substances.
Title 21, United States Code, Section 853/Title 21, United States Code, Section 881
Title 18, United States Code, Section 924(d)(1)/Title 28, United States Code, Section 2461(c) - Forfeiture.

Date: 04/10/2018

City and state: Charleston, South Carolina

s/Gil O'Brien
Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* APR 1 0 2018, and the person was arrested on *(date)* 05-30-2018
at *(city and state)* Charleston, SC.

Date: 05-30-2018

Writ/detainer p/u by S/A Sonnendecker, ATF
*Arresting officer's signature*

by: Bonnie Nattus, Data Analyst
*Printed name and title*