AO 199A (Rev. 12/11) Order Setting Conditions of Release                              Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| Jennifer Octavia Nicole Smith | ) Case No. 2:17-965 |
| | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11)  Additional Conditions of Release                                                                                         Page  2  of  3  Pages

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

)  (6)  The defendant is placed in the custody of:
      Person or organization  _____
      Address *(only if above is an organization)*  _____
      City and state  _____  Tel. No.  _____

                                                                                                           Custodian                                                Date

X )  (7)  The defendant must:
( X )  (a)  submit to supervision by and report for supervision to the   US Probation Office  ,
            telephone number   843-579-1500 , no later than   as directed  .
(  )  (b)  continue or actively seek employment.
(  )  (c)  continue or start an education program.
(  )  (d)  surrender any passport to:   a US Probation Officer
(  )  (e)  not obtain a passport or other international travel document.
( X )  (f)  abide by the following restrictions on personal association, residence, or travel:   Travel restricted to South Carolina, except
           with permission of the U.S. Probation Officer
(  )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
           including:  _____

(  )  (h)  get medical or psychiatric treatment:   as directed by USPO. The defendant shall contribute to the costs of such treatment
           not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services,"
           and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.
(  )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
           or the following purposes:  _____

(  )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
           necessary.
( X )  (k)  not possess a firearm, destructive device, or other weapon.
( X )  (l)  not use alcohol (    ) at all ( X ) excessively.
( X )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
           medical practitioner.
( X )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random
           frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited
           substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited
           substance screening or testing.
( X )  (o)  Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
           supervising officer. The defendant shall contribute to the costs of such treatment not to exceed an amount determined reasonable
           by the court approved "U.S. Probation Office's Sliding Scale for Services," and shall cooperate in securing any applicable
           third-party payment, such as insurance or Medicaid.
(  )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
              (  ) (i)  **Curfew.** You are restricted to your residence every day (    ) from _____ to _____, or (    ) as
                    directed by the pretrial services office or supervising officer; or
              (  ) (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical,
                    substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities
                    approved in advance by the pretrial services office or supervising officer; or
              (  ) (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                    court appearances or other activities specifically approved by the court.
(  )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
           requirements and instructions provided. Defendant shall make co-payments toward this expense not to exceed an amount determined
           reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services."  ☐ GPS     ☐ Radio Frequency
( X )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
           arrests, questioning, or traffic stops.
(  )  (s)  _____

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;
(2)    the property is not subject to claims, except as described above; and
(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 7/27/18

_____
*Defendant's signature*

_____        _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

_____        _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

_____        _____
*Surety/property owner – printed name*        *Surety/property owner – signature and date*

CLERK OF COURT

Date: _____

_____
*Signature of Clerk of Deputy Clerk*

Approved.
Date: 7/27/18

_____
*Judge's signature*