IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**CHARLESTON DIVISION**

**United States of America**

vs                                                                                          CR NO. <u>2:17-965</u>

**Jennifer Octavia Nicole Smith**

# PLEA

The defendant, **Jennifer Octavia Nicole Smith,** having withdrawn her plea of Not Guilty entered May 30, 2018, pleads **GUILTY to Count(s)** ___1 and 9___ of the **Superseding Indictment** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina

August 27, 2018