AO 442 (Rev. 11/11) Arrest Warrant

FID 10549760

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

**RECEIVED**
NOV 16 2018

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jennifer Octavia Nicole Smith | ) | Case No. 2:17-cr-00965-RMG-2 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jennifer Octavia Nicole Smith,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ☑ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Pretrial Violation- See Petition

Date:   11/16/2018

*Issuing officer's signature*

City and state:   Charleston, SC

Robin L. Blume, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* NOV 16 2018, and the person was arrested on *(date)* 01-24-2019
at *(city and state)* Summerville, SC.

Date:   01-24-2019

Writ/detainer p/u DUSM Dyches, USMS
*Arresting officer's signature*

By: Bonnie Walters, Data Analyst
*Printed name and title*